AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>David Wright,<br>a/k/a Dawud Sharif Wright,<br>a/k/a Dawud Sharif Abdul Khaliq,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)     15-6024-MPK<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2015__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspire with Ussamah Abdulllah Rahim to knowingly destroy, mutilate, conceal, and cover up a tangible object, to wit, Rahim's Smartphone, with the intent to impede, obstruct, and influence an investigation or the proper administration of any matter within the jurisdication of any department or agency of the United States, or in relation to or contemplation of any such matter or case, in violation of 18 U.S.C. § 1519, all in violation of 18 U.S.C. § 371. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent J. Joseph Galietta, Federal Bureau of Investigation

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent J. Joseph Galietta, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/03/2015__

*Judge's signature*

City and state: __Boston, MA__     Magistrate Judge M. Page Kelley
*Printed name and title*