# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 15-10153-WGY |
| ) | |
| NICHOLAS ALEXANDER ROVINSKI, ) | |
| a/k/a Nuh Amriki, Nuh Andalusi, ) | |
| Defendant.  ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J.): (1) August 11, 2020 *Electronic Order* granting the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582 (entered on the docket on August 11, 2020) (Doc. No. 470); (2) August 13, 2020 *Amended Judgment in a Criminal Case* (entered on the docket on August 13, 2020) (Doc. No. 475); and (3) August 16, 2020 *Electronic Order* denying the government's motion for reconsideration (entered on the docket on August 16, 2020) (Doc. No. 477).

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:  /s/ *B. Stephanie Siegmann*
     B. STEPHANIE SIEGMANN
     Assistant U.S. Attorney

Certificate of Service

I hereby certify that on September 10, 2020, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *B. Stephanie Siegmann*
B. STEPHANIE SIEGMANN
Assistant U.S. Attorney