# United States Court of Appeals
## For the First Circuit

No. 20-1883

UNITED STATES

Appellant

v.

NICHOLAS ALEXANDER ROVINSKI, a/k/a Nuh Amriki, a/k/a Nuh Andalusi

Defendant - Appellee

**JUDGMENT**

Entered: February 23, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart
B. Stephanie Siegmann
Steven L. Lane
Jeffrey J. Pyle
William W. Fick
Amy Barsky