UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS ROVINSKI,<br><br>      Defendant | CRIMINAL No. 15-cr-10153-WGY |

GOVERNMENTS RESPONSE TO DEFENDANT'S MOTION
TO MODIFY CONDITIONS OF SUPERVISED RELEASE

      The United States of America, by Rachael S. Rollins, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, responds to the Defendant's Motion to Modify Conditions of Supervised Release.

      As set forth herein, the government would agree to the provided modifications of the supervised release period imposed by the court if the electronic device seizure, search, and monitoring condition, as set forth in the Defendant's motion, were imposed for the reasons set forth herein.

      The government agrees that the Defendant should be able to move from home confinement to a stage where he can seek further education or employment. His integration into society is a goal that the government and Probation share.

      However, the government is not willing to concede that the nature of the Defendant's conviction can simply be put aside. The crimes for which the Defendant was convicted are not simply carrying a "fraught 'terrorism' label." The crimes were, in fact, terrorism.

Defendant claims that he poses no threat to public safety going forward. Nonetheless, in the past, the Defendant has shown a tendency to be swayed by the actions and thoughts of others. The government acknowledges that part of those tendencies may stem from his lack of interaction and a willingness to be accepted by others. As he re-enters society now, it is not unreasonable for Probation to check in to ensure that he is not, in fact, following others or falling under the sway of others. He remains, in the opinion of the government, vulnerable and susceptible to others who might seek to take advantage of him.

In the government's view, the imposition of the electronic devices condition is not necessarily something which need last for the entire time of his supervised release. The government would argue that, at least for some period as the Defendant enters this new period in this life, this condition would be helpful to Probation to ensure that the Defendant remains committed to his goals. The government suggests that the imposition of the condition carry with it a time limitation after which the imposition can be revisited.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

By:   */s/ Nadine Pellegrini*
    NADINE PELLEGRINI
    Assistant United States Attorney
    617/748-3261

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>    */s/Nadine Pellegrini*
>    NADINE PELLEGRINI
>    Assistant United States Attorney

Date: September 6, 2022